SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>  vs.<br><br>Kenneth W.K. Watt,<br><br>    Defendant | Case No. **2:11-cv-00937-JAM-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 10, 2011 FOR DEFENDANTS KENNETH W.K. WATT; FRANCES W.S. WATT TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Kenneth W.K. Watt; Frances W.S. Watt, by and through their respective attorneys of record, Scott N. Johnson; Yamin Scardigli, stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants Kenneth W.K. Watt; Frances W.S. Watt is granted an extension until August 10, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Kenneth W.K. Watt; Frances W.S. Watt response will be due no later than August 10, 2011.

IT IS SO STIPULATED effective as of July 27, 2011

Dated:   July 27, 2011            /s/Yamin Scardigli_____
                                  Yamin Scardigli,
                                  Attorney for Defendants
                                  Kenneth W.K. Watt;
                                  Frances W.S. Watt


Dated:   July 27, 2011            /s/Scott N. Johnson _____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED:** that Defendants Kenneth W.K. Watt; Frances W.S. Watt shall have until August 10, 2011 to respond to complaint.

Dated: 7/27/2011                    /s/ John A. Mendez_____
                                    U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com